**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| GREG STANTON, * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Case No.: 1:11 CV 297 |
| * | |
| FUTUREWEI TECHNOLOGIES, INC. d/b/a * | |
| HUAWEI TECHNOLOGIES (USA) * | |
| * | |
| Defendant. * | |
| * | |
| _____ * | |

## **FINAL DISMISSAL ORDER**

This matter came before this Court upon agreement of the parties for entry of a final dismissal order, and

It appearing, by the endorsement of counsel below, that all matters of controversy have been fully resolved and compromised, it is hereby

ADJUGED, DECREED, and ORDERED that this action be dismissed with prejudice and be removed from the docket of this Court, and that the parties pay their own costs.

Entered: _____      _____
                                                                                  Judge

WE ASK FOR THIS

Greg Stanton
By Counsel


/Nicholas H. Hantzes/
Nicholas H. Hantzes, Esq.
VSB # 23967
HANTZES & ASSOCIATES
1749 Old Meadow Road
Suite 308
McLean, Virginia 22102


Futurewei Technologies, Inc. d/b/a Huawei Technologies (USA)
By Counsel


/John B. Flood/
John B. Flood
VSB # 79813
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street, NW
Suite 1000
Washington, D.C. 20006